# Court of Appeals
# of the State of Georgia

ATLANTA,     April 22, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0707.  DRUID HILLS CIVIC ASSOCIATION ET. AL. v. ROBERT H. BUCKLER ET. AL.**

We granted appellant Druid Hills Civic Association's application for discretionary review of the superior court's dismissal of a certiorari review of a decision of the DeKalb County Planning Commission.

Having reviewed the record, we DISMISS this appeal as improvidently granted.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,     04/22/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*